THE EQUITABLE TRUST COMPANY OF NEW YORK, Respondent, *v.* CHARLES A. NEWMAN, Appellant.

(Submitted June 1, 1914; decided June 9, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 211 N. Y. 505.)

———  ———

OSCAR HAMMERSTEIN, Appellant and Respondent, *v.* EQUITABLE TRUST COMPANY OF NEW YORK, Respondent and Appellant.

(Submitted June 1, 1914; decided June 9, 1914.)

Motion to amend remittitur so as to award costs to each respondent granted.    (See 209 N. Y. 429.)